THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL: (209) 575-3116
FAX: (209) 575-5956

Attorney for Debtors
CARLOS AND LETICIA RAMIREZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: CARLOS RAMIREZ,
LETICIA RAMIREZ,

)
) Case No. 12-13984
) DC# TOG-2
)
)
)
)
)
Debtors.            )

## ORDER CONFIRMING PLAN

The 1st Modified Chapter 13 plan filed on August 2, 2012 of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors plan satisfies the requirements of the 11 U.S.C. § 1325.

Therefore,    **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy court and the trustee of any change in the debtor's address;
2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtors shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtors' attorney in the full amount of $ 3,300 are approved, $ 3,300 of which was paid prior to the filing of the petition. The balance of $ 0, provided that the attorney and debtors have compiled with Local Bankruptcy Rule 2016-1 (c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

RECEIVED
November 02, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004516806

**IT IS FURTHER ORDERED** that, pursuant to the 11 U.S.C. § 1323, the plan is amended as follows: None.

_[signature]_

Approved by Chapter 13 Trustee as to form.

DATED:

Dated: Nov 07, 2012

BY THE COURT

_[signature]_

Fredrick E. Clement
United States Bankruptcy Judge

2